# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

TYRONE AMOS ROBERTS,

       Petitioner,

v.                                                                    CASE NO. 5:05cv234-RH/WCS

GULF CORRECTIONAL INSTITUTION
OFFICIALS, et al.,

       Respondents.

_____/

## ORDER DISMISSING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 11), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court. The petition is DISMISSED as untimely. The clerk shall close the file.

    SO ORDERED this 26th day of May, 2006.

                                                     s/Robert L. Hinkle
                                                     Chief United States District Judge